JULIA M. JAYNE (State Bar No. 202753)
ASHLEY RISER (State Bar No. 320538)
Jayne Law Group, P.C.
403 Hearst Avenue
Berkeley, CA 94710
Email: ashley@jaynelawgroup.com
Phone: (510) 833-0250

Attorneys for CHARLES HOLLINS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES HOLLINS,<br><br>    Defendant. | CASE NO. 21-CR-186 JST [AGT]<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY CHARLES HOLLINS' PRETRIAL RELEASE CONDITIONS TO INCLUDE MENTAL HEALTH TREATMENT, COUNSELING, AND SERVICES |

It is stipulated between counsel for the United States and counsel for the defendant, CHARLES HOLLINS, that Mr. Hollins' pretrial release conditions be modified to include mental health treatment, counseling, and services, as directed by Pretrial Services.

The reasons for this request are:

1. Mr. Hollins asked defense counsel to request modification of his pretrial release conditions to include mental health treatment, counseling, and services, as directed by Pretrial Services.

2. Pretrial Services Officer Sean Hamel, Mr. Hollins' PTS officer, does not object to this request.

3. David Ward, Assistant United States Attorney assigned to this case, does not object to this request.

Undersigned defense counsel certifies that she obtained approval from the Assistant United States Attorney to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: July 7, 2021

/s/
DAVID J. WARD
Assistant United States Attorney

DATED: July 7, 2021

/s/
ASHLEY RISER
Counsel for Defendant CHARLES HOLLINS

# [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court modified CHARLES HOLLINS' pretrial release conditions to include mental health treatment, counseling, and services, as directed by Pretrial Services.

All other pretrial release conditions remain the same.

IT IS SO ORDERED.

DATED: _____

_____
HON. ALEX G. TSE
United States Magistrate Judge

STIP. AND [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS
Case No. 21-CR-186 JST [AGT]