# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 20 minutes |
| Date: | October 29, 2021 | | |
| Case No.: | **4:21-cr-00186-JST-1** | | |

**United States of America**    v.    **Charles Hollins**

        Defendant (1) - Present
        With Counsel: Julia Jayne, Ashley Riser

**Darius Chung**

        Defendant (2) - Present
        With Counsel: August Gugelmann

**Amara Merritt**

        Defendant (3) – Appearance Waived
        With Counsel: Ann McGlenon

David Ward
U.S. Attorney:

Pretrial Services Officer: Sean Hamel

Courtroom Deputy Clerk: Mauriona Lee          Reporter: Pamela Hebel

## *PROCEEDINGS*

Status conference – held.

## *RESULT OF HEARING*

1. Hearing held via Zoom videoconference.
2. Case Continued as to Defendant Hollins to January 14, 2022 at 9:30 a.m. via Zoom videoconference for change of plea/trial setting.
3. Case Continued as to Defendant Chung to January 7, 2022 at 9:30 a.m. in courtroom 6, 2nd floor for change of plea/trial setting.

4. Case Continued as to Defendant Merritt to January 7, 2022 at 9:30 a.m. in courtroom 6, 2nd floor for change of plea. Motion briefing schedule set as to Defendant Merritt: Motion due December 15, 2021. Opposition due January 7, 2022. Response due January 28, 2022. Motion hearing set for February 22, 2022 at 2:00 p.m. via Zoom videoconference.
5. Pretrial services request to modify conditions of pretrial release as to Defendant Hollins is GRANTED. Conditions of release modified as follows: Remove the condition that defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.
6. Time excluded through January 14, 2022 for effective preparation of counsel.  The Government is to prepare a proposed order.