1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  DAVID J. WARD (CABN 239504)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234
       david.ward@usdoj.gov
8  Attorneys for United States of America

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

13  UNITED STATES OF AMERICA,                )   CASE NO. 21-CR-186 JST
                                             )
14      Plaintiff,                           )   **STIPULATION TO EXCLUDE TIME FROM**
                                             )   **OCTOBER 29, 2021 TO JANUARY 14, 2022 AND**
15     v.                                   )   **[PROPOSED] ORDER**
                                             )
16  CHARLES HOLLINS, DARIUS CHUNG, and       )
    AMARA MERRITT                            )
17                                           )
        Defendants.                          )
18                                           )

19      It is hereby stipulated by and between counsel for the United States and counsel for defendants,

20  Charles HOLLINS, Darius CHUNG and Amara MERRITT, that that time be excluded under the Speedy

21  Trial Act from October 29, 2021 through January 14, 2022.

22      At the status conference held on October 29, 2021, the government and counsel for the

23  defendants agreed that time be excluded under the Speedy Trial Act so that defense counsel could

24  continue to prepare, including by reviewing the discovery already produced. For this reason and as

25  further stated on the record at the status conference, the parties stipulate and agree that excluding time

26  until January 14, 2022 will allow for the effective preparation of counsel. *See* 18 U.S.C.

27  § 3161(h)(7)(B)(iv).

28  //

STIP. TO EXCLUDE TIME AND PROPOSED ORDER 1
No. 21-CR-186 JST

1  The parties further stipulate and agree that the ends of justice served by excluding the time from
2  October 29, 2021 through January 14, 2022 from computation under the Speedy Trial Act outweigh the
3  best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4  The undersigned Assistant United States Attorney certifies that he has obtained approval from
5  counsel for the defendant to file this stipulation and proposed order.

7  IT IS SO STIPULATED.

9  DATED: November 16, 2021

/s/
DAVID J. WARD
Assistant United States Attorney

11  DATED: November 16, 2021

/s/ *with permission*
JULIA JAYNE
Attorney for Defendant Charles Hollins

14  DATED: November 16, 2021

/s/ *with permission*
AUGUST GUGELMANN
Attorney for Defendant Darius Chung

17  DATED: November 16, 2021

/s/ *with permission*
ANN MCGLENON
Attorney for Defendant Amara Merritt

STIP. TO EXCLUDE TIME AND PROPOSED ORDER 2
No. 21-CR-186 JST

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, and the representations made to the Court on October 29, 2021, and for good cause shown, the Court finds that failing to exclude the time from October 29, 2021 through January 14, 2022 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from October 29, 2021 to January 14, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 29, 2021 through January 14, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
HON. JON S. TIGAR
United States District Judge