UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CRIMINAL MINUTES

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 40 minutes |
| Date: | April 29, 2022 | | |
| Case No.: | **4:21-cr-00186-JST-1** | | |

**United States of America**      v.      **Charles Hollins**

Defendant
☑ Present
☐ Not Present
☐ In Custody

| | |
|---|---|
| David Ward | Julia Jayne |
| U.S. Attorney | Defense Counsel |

| | |
|---|---|
| Courtroom Deputy Clerk: Mauriona Lee | Reporter: Raynee Mercado |

### PROCEEDINGS

Change of Plea – held.

### RESULT OF HEARING

1. The plea agreement was signed and filed in court. The Defendant was sworn. The Court found the Defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The Court found a factual basis for the plea. The Defendant entered a plea of guilty as to Count One and Count Three of the Indictment. The plea was accepted and the Defendant is adjudged guilty of the offense.
2. Sentencing set for September 2, 2022 at 9:30 a.m. in Courtroom 6, 2nd floor, Oakland.
3. Defendant will remain out of custody pending sentencing.